IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. STOVER, | : |
| | : |
| Petitioner | : |
| | : CIVIL NO. 1:10-CV-1213 |
| | : |
| v. | : Hon. John E. Jones III |
| | : |
| | : |
| WARDEN T.R. SNIEZEK, | : |
| | : |
| Respondents | : |

## **ORDER**

August 12, 2010

In accordance with the Memorandum issued on today's date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Clerk of Court is directed to **TRANSFER** the above action to the United States District Court for the Northern District of Ohio.

2. The Clerk of Court shall mark this case **CLOSED** in this Court.

s/ John E. Jones III
John E. Jones III
United States District Judge
